UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| AIMEE DAWN FUTREAL, | ) | Case No. 15-70886 |
| | ) | |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | Chapter 7 |
| MICAH JERIMEY REPASS & | ) | Case No. 15-70885 |
| HOLLY LEIGH REPASS, | ) | |
| | ) | |
|     Debtors. | ) | |
| IN RE: | ) | |
| | ) | |
| ANGELA WOODWARD SPEAS, | ) | Chapter 7 |
| | ) | Case No. 16-60736 |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| CLIFFORD ALLEN COLLIER & | ) | |
| SHIRLEY DARLENE COLLIER, | ) | Chapter 7 |
| | ) | Case No. 16-61448 |
|     Debtors. | ) | |
| IN RE: | ) | |
| | ) | |
| SHEILA MAE CASH, | ) | Chapter 7 |
| | ) | Case No. 16-61249 |
|     Debtor. | ) | |
| IN RE: | ) | |
| | ) | |
| CINDY D. TIPTON, | ) | Miscellaneous Proceeding |
| | ) | Proc. No. 16-00701 |
|     Debtor. | ) | |
| JUDY A. ROBBINS, United States | ) | |
|     Trustee for Region Four | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| BRENT BARBOUR, | ) | |
| PRINCE LAW, LLC, | ) | |
| PRINCE LAW FIRM, LLC, | ) | |
| PRINCE LAW, LLP, and | ) | |
| JASON SEARNS. | ) | |
| | ) | |
|     Respondents. | ) | |

## UNITED STATES TRUSTEES
## AMENDED PROPOSED LIST OF WITNESSES AND EXHIBITS

Comes now the United States Trustee for Region Four, by counsel, and discloses the following Proposed List of Witnesses and Exhibits[1].

This Amendment adds Exhibits 55A and 61A, both of which are summaries of payments made by debtors involved in these cases. The summaries are derived from bank records included in the Exhibits filed on October 14, 2016 (Exhibits 55 and 61).

| **Exhibits** | **Description** | **Marked** | **Admitted** |
| --- | --- | --- | --- |
| Exhibit 1 | Memorandum Opinion of United States Bankruptcy Court dated May 6, 2016 | | |
| Exhibit 2 | Transcript of Hearing held in Case Nos. 15-70885 (Repass) and 15-70886 (Futreal) on April 22, 2016 | | |
| Exhibit 3 | Order to Show Cause issued by United States Bankruptcy Court on February 26, 2016 | | |
| Exhibit 4 | Transcript of Hearing held in Case Nos. 15-70885 (Repass) and 15-70886 (Futreal) on February 27, 2016 | | |
| Exhibit 5 | Return of Service by USMS of Order to Show Cause | | |
| Exhibit 6 | Response of Jason Searns, Esq. | | |
| Exhibit 7 | Transcript of Deposition in Lieu of Testimony of Barry Proctor | | |
| | **Repass Exhibits (15-70885)** | | |
| Exhibit 8 | Voluntary Petition, Schedules and Statement of Financial Affairs in Case No. 15-70307 [Docket No. 1] | | |
| Exhibit 9 | Deficiency Order re fees and creditor list in Case No. 15-70307 | | |
| Exhibit 10 | Deficiency Order re credit counseling in Case No. 15-70307 | | |
| Exhibit 11 | Order dismissing case re lack of credit counseling in Case No. 15-70307 | | |
| Exhibit 12 | Letter to Court (motion to reconsider) in Case No. 15-70307 | | |
| Exhibit 13 | Show Cause Order - May 21, 2015 in Case No. 15-70307 | | |
| Exhibit 14 | Show Cause Order dated June 9, 2015 in Case No. 15-70307 | | |
| Exhibit 15 | Order dated September 11, 2015 in Case No. 15-70307 | | |

---

[1] This List of Witnesses and Exhibits is being filed in each of the cases referenced in the caption. The exhibits are being filed only in the lead case of Aimee Dawn Futreal (15-70886) but are being offered as evidence in connection with all of the cases referenced in the caption.

| Exhibit 16 | Voluntary Petition, Schedules and Statement of Financial Affairs in Case No. 15-70885 | | |
|---|---|---|---|
| Exhibit 17 | Prince Law 5-7-14 email to Repass regarding change to filing fees | | |
| Exhibit 18 | Prince Law 8-26-14 email to Repass regarding file status | | |
| Exhibit 19 | Prince Law 10-28-14 email to Repass regarding file review with Brent Barbour | | |
| Exhibit 20 | Email Exchange between Prince Law and Repass 11-21-14, 12-1-14 and 12-3-14 | | |
| Exhibit 21 | Email Exchange 3-23-15 through 3-27-15 between Barbour and Repass regarding Credit Counseling and Tax Returns | | |
| Exhibit 22 | Email exchange 3-24-15 Prince Law to Repass regarding Credit Counseling | | |
| Exhibit 23 | Communication between Access Counseling and Repass | | |
| Exhibit 24 | Email exchange 5-19-15 between Repass and Barbour regarding Court Date 5-21-15 | | |
| Exhibit 25 | Email exchange 5-12-14 through 5-21-14 between Barbour and Repass regarding court date | | |
| Exhibit 26 | Email exchange 5-14-15 through 5-21-15 between Repass and Prince Law Firm with timeline and regarding problems | | |
| Exhibit 27 | Email exchange 6-8-15 between Repass and Barbour regarding a new court date | | |
| Exhibit 28 | Email Exchange 6-8-15 through 6-9-15 between Repass and Prince Law Firm regarding Barbour and Barry Proctor | | |
| Exhibit 29 | Email Exchange 6-9-15 through 6-17-15 between Repass and Prince Law regarding information for Proctor | | |
| Exhibit 30 | Email exchange 6-15-15 through 6-17-15 between Repass and Prince Law regarding Barbour show cause | | |
| Exhibit 31 | Email Exchange on 6-25-15 between Proctor and Repass regarding problems with petition | | |
| Exhibit 32 | Affidavit from Virginia State Bar regarding Prince Law Firm, LLC, Prince Law, LLC and Jason Edward Searns | | |
| | **Futreal Exhibits (15-70886)** | | |
| Exhibit 33 | Voluntary Petition, Schedules and Statement of Financial Affairs dated June 26, 2015 (Docket No. 1) | | |
| Exhibit 34 | Certificate of Credit Counseling dated May 30, 2015 (Docket No. 4) | | |

| | | | |
|---|---|---|---|
| Exhibit 35 | Prince Law 11-7-14 email to Futreal - Welcome to Prince Law Firm | | |
| Exhibit 36 | Futreal 11-18-14 email to Prince Law with attached Carter Bank & Trust Loan Docs | | |
| Exhibit 37 | Futreal 12-9-14 email to Prince Law regarding Access Counseling | | |
| Exhibit 38 | Prince Law 12-9-14 email to Futreal regarding documents outstanding | | |
| Exhibit 39 | Futreal 3-2-15 email to Prince Law regarding assignment to local attorney | | |
| Exhibit 40 | Prince Law 5-12-15 email to Futreal requesting contact attorney (Barry Proctor) | | |
| Exhibit 41 | Futreal 5-13-15 email to Prince Law regarding changes to petition | | |
| Exhibit 42 | Futreal 5-17-15 email to Prince Law with information real property and changes to petition | | |
| Exhibit 43 | Futreal 5-29-15 email to Prince Law regarding petition discrepancies & 5-13-15 follow-up email | | |
| Exhibit 44 | Futreal 6-16-15 email to Prince Law regarding petition modification requests, filing fee and matrix | | |
| | **Speas Exhibits (16-60736)** | | |
| Exhibit 45 | Petition, Schedules, And Statements [Docket No. 1] | | |
| Exhibit 46 | Debtor's Bank Records | | |
| Exhibit 47 | Summary of Payments to Prince Law LLC drawn from Debtor's Bank Records | | |
| Exhibit 48 | Contract with Prince Law, LLP | | |
| Exhibit 49 | Letter from Prince Law LLC dated March 11, 2016 | | |
| Exhibit 50 | Letter to Florida State Bar on behalf of David Lawrence Prince dated July 26, 2016 | | |
| Exhibit 51 | Letter to Florida State Bar from Angela Speas in Response to Letter of behalf of David Lawrence Prince | | |
| | **Collier Exhibits (16-61448)** | | |
| Exhibit 52 | Petition, Schedules, And Statements [Docket No. 1] | | |
| Exhibit 53 | Prince Law Welcome Letter | | |
| Exhibit 54 | Prince Law Questionnaire | | |
| Exhibit 55 | Bank Statements Evidencing Payments made Prince Law | | |
| Exhibit 55A | Summary of Payments Made | | |
| Exhibit 56 | March 11, 2016 letter from Prince Law | | |
| Exhibit 57 | Email regarding documents and monies | | |
| | **Cash Exhibits (16-61249)** | | |
| Exhibit 58 | Petition, Schedules, And Statements [Docket No. 1] | | |

| Exhibit 59 | Instructions from Prince Law, LLC | | |
|---|---|---|---|
| Exhibit 60 | Payment Instructions from Prince Law, LLC | | |
| Exhibit 61 | Bank Statements Evidencing payment to Prince Law, LLC | | |
| Exhibit 61A | Summary of Payments Made | | |
| | **Tipton (Proc. No. 16-00701)** | | |
| Exhibit 62 | Prince Welcome Letter | | |
| Exhibit 63 | Credit Counseling Certificate | | |
| Exhibit 64 | Receipts for Payments Made | | |
| Exhibit 65 | Summary of Payments Made | | |
| Exhibit 66 | Email exchange between Tipton and Delafield Office from May 2016 | | |
| Exhibit 67 | Email exchange between Tipton and Delafield Office from July 2016 | | |
| | **Class B Partner, Darren T. Delafield, Esq.** | | |
| Exhibit 68 | Delafield and Prince Law Class B Agreement | | |
| Exhibit 69 | Delafield Resignation Letter from Prince Law | | |
| Exhibit 70 | Petition, Schedules, And Statements [Docket No. 1] in Turner (15-71432) | | |
| Exhibit 71 | Petition, Schedules, And Statements [Docket No. 1] in Stebar (15-71435) | | |
| Exhibit 72 | Petition, Schedules, And Statements [Docket No. 1] in Mines (15-71457) | | |
| Exhibit 73 | Petition, Schedules, And Statements [Docket No. 1] in Widener (15-71500) | | |
| Exhibit 74 | Petition, Schedules, And Statements [Docket No. 1] in Keen (15-71502) | | |
| Exhibit 75 | Petition, Schedules, And Statements [Docket No. 1] in Pearson (15-71541) | | |
| Exhibit 76 | Petition, Schedules, And Statements [Docket No. 1] in Collins (15-71683) | | |
| Exhibit 77 | Petition, Schedules, And Statements [Docket No. 1] in Fino (16-60055) | | |
| Exhibit 78 | Petition [Docket No. 1] in Austin (16-70198) | | |
| Exhibit 78a | Schedules and Statements in Austin (16-70198) | | |
| Exhibit 79 | Petition, Schedules, And Statements [Docket No. 1] in Conley (16-50270) | | |
| Exhibit 80 | Petition, Schedules, And Statements [Docket No. 1] in Keeling (16-70363) | | |
| Exhibit 81 | Petition, Schedules, And Statements [Docket No. 1] in Mabe (16-70387) | | |
| Exhibit 82 | Petition, Schedules, And Statements [Docket No. 1] in Reedy (16-50287) | | |

| | | | |
|---|---|---|---|
| Exhibit 83 | Petition, Schedules, And Statements [Docket No. 1] in Elkins (16-60588) | | |
| Exhibit 84 | Petition, Schedules, And Statements [Docket No. 1] in Bostic (16-71000) | | |
| Exhibit 85 | Petition, Schedules, And Statements [Docket No. 1] in Bullington (16-71001) | | |
| Exhibit 86 | Petition, Schedules, And Statements [Docket No. 1] in Paul (16-62709) | | |
| | **Other United States Trustee Action** | | |
| Exhibit 87 | Gonyea Order entered in the United States Bankruptcy Court for the District of Connecticut | | |
| Exhibit 88 | Murphy Order entered in the United States Bankruptcy Court for the District of Connecticut | | |
| Exhibit 89 | Chaski Order entered in the United States Bankruptcy Court the District of Connecticut | | |
| Exhibit 90 | Murphy Order entered in the United States Bankruptcy Court for the Northern District of Ohio | | |
| Exhibit 91 | Digennaro Order entered in the United States Bankruptcy Court for the Middle District of Louisiana | | |
| Exhibit 92 | Dipuma Order entered in the United States Bankruptcy Court for the Middle District of Louisiana | | |
| Exhibit 93 | Fuller Order entered in the United States Bankruptcy Court for the Eastern District of Virginia | | |
| Exhibit 94 | Hammond Order entered in the United States Bankruptcy Court for the Eastern District of Virginia | | |
| Exhibit 95 | Evidence of Compliance with Fuller and Hammond Orders | | |

**POTENTIAL WITNESSES:**

    Holly Leigh Repass
    Barry Proctor, by deposition transcript
    Darren Delafield
    Clifford Collier
    Shirley Collier
    Angela Speas
    Jason Searns
    Sheila Cash
    Cindy Tipton
    Anyone who is called by or on behalf of Respondents

Date:   October 17, 2016			Respectfully submitted,

					Judy A. Robbins, United States Trustee

					By:   */s/ Margaret K. Garber*


Margaret K. Garber, Assistant United States Trustee (VSB No. 34412)
B. Webb King, Trial Attorney (VSB No. 47044)
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
Telephone:  540-857-2806
Facsimile:  540-857-2844
margaret.k.garber@usdoj.gov
webb.king@usdoj.gov


CERTIFICATE OF SERVICE

	I hereby certify that on October 17, 2016, I electronically filed the foregoing with the United States Bankruptcy Court for the Western District of Virginia.  In addition, I caused the foregoing and Exhibits 55A and 61A to be emailed to Jason Searns at je.searns@gmail.com.


					*/s/ Margaret K. Garber*